**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6115**

———————

REGINA ANNETTE SAUNDERS,

                             Petitioner - Appellant,

    versus

WENDY HOBBS,

                             Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-97-499-AM)

———————

Submitted: February 10, 2000      Decided: February 14, 2000

———————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Regina Annette Saunders, Appellant Pro Se. Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Regina Annette Saunders seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Saunders v. Hobbs, No. CA-97-499-AM (E.D. Va. Dec. 22, 1998); see also Transcript of Hearing of December 11, 1998, at pp. 120-24 (reasoning of district court from the bench). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED